Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

Eastern Division

Case No. 2:25 CV 1435

*(to be filled in by the Clerk's Office)*

JUDGE SARGUS

Jury Trial: *(check one)* ☒ Yes ☐ No

MAGISTRATE JUDGE VASCURA

---

Eloi Kouekassazo

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Kane-IDlogistics

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

   A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Eloi Kouekassazo |
| Street Address | 4478 Westport Road unit 218 |
| City and County | Columbus  Franklin county |
| State and Zip Code | Ohio 43228 |
| Telephone Number | 614 434 7014 |
| E-mail Address | ekouekas.acb@icloud.com |

1 of 10

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**B.** **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Kane-ID logistics |
| Job or Title *(if known)* | Logistics and Warehouse distribution specialist |
| Street Address | 15 Commerce parkway, West Jefferson, OH43162 |
| City and County | West Jefferson.     Madison County |
| State and Zip Code | Ohio 43162 |
| Telephone Number | 614-256-1236 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |

2 of 10

Telephone Number _____

E-mail Address *(if known)* _____

## C.  Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Kane-ID logistics |
| Street Address | 15 Commerce Pkw |
| City and County | West Jefferson |
| State and Zip Code | Ohio 43162 |
| Telephone Number | 614-256-1236 |

## II.  Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

   *(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

   *(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

   *(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*:
   5 U.S.C. 2302(b)(9)

☐ Relevant state law *(specify, if known)*:
   _____

☐ Relevant city or county law *(specify, if known)*:
   _____

3 of 10

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

---

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☐    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☐    Unequal terms and conditions of my employment.

☒    Retaliation.

☒    Other acts *(specify)*:     Wrongful  Termination

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

January 15,2024; January 31,2024 and Friday 23,2024

C.    I believe that defendant(s) *(check one)*:

☐    is/are still committing these acts against me.

☒    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒    race

☒    color

☐    gender/sex

☐    religion

☐    national origin

☐    age *(year of birth)* _____    *(only when asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows.  Attach additional pages if needed.

This court has venue and Juridiction over this case for Title VII and wrongful termination I am suing for. The facts alleged in this case took place in West Jefferson, in Madison County that this court serves as well.

1) My backgtound at Kane-ID logistics Warehouse

I was a very respectful employee and teamworker who respected everyone no matter their age. I never had an argument with a coworker, a supervisor or any member of Management during my employment whether with ID logistics or anywhere else I worked. I never threaten or intimidated anybody in the workplace or anywhere.I am extremely slow to anger whether at work or at home thanks to my Christian background. No matter the circumstances I am in, I am always joiful and joy behind understanding is my main emotion, all true Christians have that emotion and know the source of it. Therefore anybody who would state that I was violent, I threaten or intimidated somebody would lie to himself before lying to anybody else. I am a person of integrity and I take my integrity very seriously.

2) My employment with ID logistics

a- I was employed by Kane Warehouse in 2022 as a forklift Operator after DHL lost its contract to Kane. Kane Warehouse honored our employment duration with DHL. I became ID logistics employee when ID logistics acquired Kane Warehouse in April 14, 2022. ID logistics is a french owned corporation.

b- I was constantly subjected to discrimination throughout my employment with Defendant and overtime was not the only area of discrimination I faced, it is one were I experienced more discrimination.. Kane-ID logistics singled me out for discrimination, retaliated against me and wrongfully terminated my employment.

c- I was engaged in protected activity when Defendant terminated my employment on February 23, 2024.see Exhibit C and B.

d- Multiple times I warned Defendant both verbally and in writing to no avail that I will file title VII if discrimination leads to adverse action.See Exhibit C page2;Exhibit F page3;Ehibit G page 4.

e-     A complaint for discrimination I filed on 01/15/2024 (Exhibit C) to Management and another on 01/31/2024 (Exhibit B) led to a retaliatory wrongful termination on Friday 23/2024 (Exhibit C) in total violation of title VII and federal retaliation laws.

3) Defendant's pattern of discrimination against me

a-Defendant has sit down forklifts, standup forklifts and reach truck, everyone of them is equiped with a mini computer called RF. You have to login with the code you were given to start using the scanner.

b-My RF was most of the times disrupted by the people in the shipping office (Osamah Hasan and supervisor) or by third party (explained below) to negatively affect my performance. See Exhibit G. I am not speaking about normal disruption that everyone can experience once in a while and last 3 to 5 minutes at the most, I am talking about intentional disruption where no other associate experiencet it but me for several mimutes up to an hour. It was constantly attacked on the dayly basis.When your RF does not work Management in the front office cannot assume that you have a RF Problem , rather they will see that you are not working by not scaning and it is ground for termination. Fortunately when this happened I go to the warehouse office and stay there by the office and go back to my assignment only when I got this solved.see exhibit F

Even time clock was used against me. See Exhibit E

c- On May of 2022, Mohamed Ali (Jill Wilson's predecessor) purposely discriminated against me in the assignment of task. He assigned a task to all associates after a pre-shift meeting but me because I was singled out to suffer discrimination. I filed a complaint of discrimination related to this fact with Kane ID logistics' Management and EEOC and get retaliated against when Mohamed Ali was aware of that complaint. He said: from now on go to outbound department, I was doing inbound before the complaint.

5 of 10

See exhibit G page 4.

d- On October 28, 2022 at the pre-shift meeting, Mohamed Ali my previous supervisor, told us to no longer stage Copack pallets in ails from 330 through 140 ails. The next day on October 29,2022, he gave me a verbal for having staged in those ails a week ago. A week ago , all associates including me were staging in those ails because we were allowed to stage in those ails back then, he discriminately and retroactively punished me with a verbal, only me was given that verbal because only me was singled out for discrimination. See Exhibit H.

e-Many times before posting overtime list on the wall was required, information was given to associates to come for overtime while telling me there is no overtimes. This was the case on May 07/2022. See Exhibit G page2. Defendant never told me that I was not given overtime because I did not follow the correct procedure. In fact there was no procedure other than check marking your name to mean that you are volunteering for overtime. My complaints on overtimes were always about overtimes given to associates in the position I was in when there was business need for overtimes.

4) A third party Interference

a-A third party that comprised Columbus Police officers and West Jefferson Police officer Interefered in My employment relationship with Defendant up to my termination. I refer to them all by Christopher Hogan group. Susana Cobian ID logistics HR senior Manager acknowledged that a female West Jefferson Police Officer was regularly coming in ID logistics facility when I brought this up in a meeting about a discrimination complaint I had with Management. She said that the police officer was coming for some work without specifiying what kind of work. Susana Cobian later denied the presence of that police officer in writing. Susana Cobian reportedly was fired about a week or two after my wrongful termination. The Jefferson officer came only when I was in my break or lunch time in the facility parking lot. Christopher Hogan group interfered in every area of my life and knows my whereabout.The group totaled my car on 01/03/2025 using a US army veteran and advise the at fault insurance company not to pay a dime on the basis of Ohio emergency medical ground. As recently as October the third 2025, they came steal all the money I had in my safe-box using the apartment staff in the apartment I rent.The group has ruined my retirement account with many terminations they're involved in using the same playbook they used in the case I had with Intellisource in this court. A police report I have as exhibit about the stolen money is not necessary in this case. A lawsuit against Columbus city was in vain, Many calls to the FBI and Columbus police were to no avail.

5) The Overtimes at Kane-ID logistics

a-Before Erin Higuera Operation Manager and Jill Wilson was hired, any associate in any position operating a forklift who wanted to come for overtime, was welcomed whether he previously announced it or not. Because I was singled out for discrimination, I was not welcomed. Some associates worked 7 days out of 7 including overtimes.See Exhibit G.

b- The overtimes was the main area of discrimination against me even before Erin Higuera and Jill Wilson was employed by ID logistics. On May 07/2022 Mohamed Ali informed all associates but me to come for overtimes, I was the only associate he purposly did not inform for that. Being singled out for discrimination was a factor.See Exhibit G page2 .

c-The procedure to volunteer for overtime
Associates who wanted to volunteer for overtimes had to checkmark their names in the list pre-printed with all associates names of the shift and posted on the warehouse office's wall. All associates who checkmarked their names get approved for overtimes unless otherwise informed by the supervisor no later than Sunday night. I cannot recall a time when Associates checkmarked their names and were not given overtime to the exception of me. No overtimes meant no list posted. When there was fewer

overtimes, Management requested associates to take turn for overtimes. On 01/30/2024, Jill Wilson removed my name from the list she emailed to Christ the week night supervisor, it was my turn on that day. She replaced my name with another associate who ought not to be in the list for it was not his turn.At least two people came in who were not supposed to be there for they did overtime in the previous turn.

6)-Retaliation and wrongful termination on Friday 02/23/2024

a-Two weeks before 01/15/2024, I got sent home by Jill Wilson with couple other associates. Jill lied to me that she was order by Susan Cobian senior HR Manager to send me home because there was not enough work to do. Since I was singled out for discrimination, my seniority was not respected and I got sent home along with couple new associates. Associates who were as senior as I was did not get sent home.I complained to Susan Cobian, Susan lectured Jill Wilson and told her to never do that again. Susan said I can report to her for any issue I may have.

b- Jill Wilson and Erin Higuera were the most recent members of Management. Erin Higuera was less than a year in the Job as Operation Manager and Jill Wilson was less than six months in the Job as supervisor. My evaluation of both of them was that they came to bring discrimination against me to the finished line namely termination. Jill Wilson always inquires of me all the times in the warehouse even when she knew my exact location in the warehouse. My assessment of them was that they were working both for Kane-ID logistics and third party above mentioned.

c-Two discrimination complaints preceded my termination on Friday 02/23/2024. I filed a discrimination complaint on January 15,2024. See Exhibit C. And another on January 31,2024.See Exhibit B. Those two complaints sparked wrongful termination off ignoring the muliple times I warned them both verbally and in writing that if discrimination leads to adverce action, I will file title VII. See Exhibit F page 3; Exhibit C page 2; Exhibit A page 3.

d-Wrongful termination properly speaking
As usual our shift starts with a pre-shift meeting.Among other subjects discussed in the meeting, there is overtime.If the supervisor said there is going to be overtimes, for sure there will be overtime.We worked weekend shift, supervisor has only until the end of the shift on Sunday to convey any new information on overtime to associate. Information given on Overtime is information usually kept, I do not recall a time when a supervisor said there will be overtimes and there were none. On Friday 02/23/2024, in the pre-shif meeting,Jill Wilson informed us that nobody came for overtime last week. We just vacate the pre-shif meeting location to our assignment, on my way going a coworker approached me and told me that he was in for overtimes with many other associates last week adding Jill lied when she said there were no overtimes last week. Because Jill Wilson told us in one of the pre-shift meeting that we can report anything we hear to her. I went back and complained that people came in for overtimes last week except me. She replied there was no overtime and she let me go to my assignment. I was about to open the door of the trailer I was going to work on when Robin a coworker told me that Jill Wilson was calling me over the Walkie-talkie, my walkie-talkie was off at the moment.I went to meet her in the warehouse office. Two people were there Jill Wilson and Osama Hasan and nobody else in the vicinity of the Warehouse office at that time. She said ! No, nobody came in for overtime, and she let me go back to my assignement. About 10 minutes later, she called me again for the second time over the walkie-talkie, this time my wakie was on. I told her over the radio that I was on my way. Again two people were in the office, Jill Wilson and Osama Hasan and nobody else was in the office, nor in the vicinity of the warehouse at that time. She emphasised that nobody came in for overtime, those who came, came only to make up for the fourty hours she said. She let me go back to my assignment. About ten minutes later , she called back again over the radio for the third time. This time she said go home. I said why? she said you slammed the window, I said how? she said go home you were insubordinate, while I was looking to make sense of it, she got Erin Higuera the operation Manager involved over the phone, Erin said go home, I said why ? she said go home or I call police. I left accompanied by Jill Wilson and Osama Hasan up to the time clock where jill took my employee badge. I did not have an

argument with Jill Wilson whatsoever on that day .It was a peaceful and respecful conversation, I was surprised that I got sent home for good and for no reason but complaining verbally . I was not angry and did not show anger of any kind..The true reason of wrongfully terminating my employment was a retaliation due to two consecutive discrimination complaints I filed respectively on January 15,2024 (Exhibit C) and January 31,2024 (Exhibit B).

7) Conclusion

In light of the foregoing, I am asking the court to order the above relief to make me whole.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

03/09/2024

B.  The Equal Employment Opportunity Commission *(check one)*:

☐  has not issued a Notice of Right to Sue letter.

☒  issued a Notice of Right to Sue letter, which I received on *(date)*    09/ 08/2025    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐  60 days or more have elapsed.

☐  less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

8 of 10

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

---

I am asking the court to order the following damages.
Economic damages: Lost wages(back pay), future lost wages(front pay), lost benefits (health insurance and retirement benefits)
Non economic damages: compensation for emotional distress. pain and suffering, punitive damages and Attorney fees.

---

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        12/8/2025

Signature of Plaintiff

Printed Name of Plaintiff    Eloi Kouekassazo

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

9 of 10

## VII  PREVIOUS LAUSUITS

Case Number.                                    Caption

2:15 CV 2427                          Eloi Kouekassazo vs Intellisource

2:19-CV-1578                   Eloi Kouekassazo vs Columbus Division of Police

10 of 10



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Cincinnati Area Office
550 Main Street, Suite 10-191
Cincinnati, OH 45202
(513) 914-6009
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/08/2025

**To:** Mr. Eloi A. Kouekassazo
2201 Country Corner Dr Country apt J
Columbus, OH 43220
Charge No: 473-2024-01264

EEOC Representative and email:    MATTHEW MEISMAN
INVESTIGATOR
MATTHEW.MEISMAN@EEOC.GOV

---

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 473-2024-01264.

On behalf of the Commission,

Digitally Signed By:Richard Burgamy
09/08/2025
Richard Burgamy
Deputy District Director

**EXHIBIT A**

Friday 02/23/2024

To   ID LOGISSTICS HR Manager Susana

Object: adverse action after I complained about discrimination against me.

Hello Susana

Today gill walked me out of ID Logistics for no reason.

Let me explain to you so you have a better understanding that it was nothing deserving of taking my employee badge.  There was one pre-shift meeting where gill asked us if we have something or get something to say who should not hesitate to talk to her. So, we can talk about it.  Today after I was given assignment for inbound unload, Mexican colleagues told me that they were in for overtimes last week.  I chose to relay that information to gill through the window because I did not want to get into the office, she said nobody was there for overtime.  I said OK and I close back the window and left.  I did not know that gill wanted to talk to me because she was busy doing something else. I went to my assignment and notice that a paper was posted to the inbound door I was trying to open to complete the assignment.  Trying to make sense of that paper I called Robin if he knows the reason for that paper.  When Robin came, he told me to disregard it and do your assignment instead.  After telling me that, he told me that gill wanted to talk to me. I said OK and I followed him back to the warehouse office.  Gill told me that she wanted to talk to me when I passed her the information, but I walked away, I said sorry, I did not notice that. She told me that yes people came to work last week but it wasn't overtime and she explained to me why. And I said OK, and I told her that they certainly do not know what overtime is. Because overtime is after 40hours.  Then she let me go back to my assignment. After she talk again with may be Erin or somebody else, I do not know who got the Idea to call me back again, and this time I heard Gill calling me other the radio because my radio was now on. I told her that I was on my way.  When I got to the warehouse office, she told me that I was insubordinate toward her. I know this (a slogan from Christopher Hogan team) I asked her how, she replied she was looking to talk to me when I passed her the information. I said, I did not notice that you were looking to talk to me, how could I know that if you did not express it.  She said that I slammed the window and walked away. First of all, I do not know how people slam the window or the door, I closed because I know it is cold, I open it I should close it back as well. I do not know how to slam the window or the door.  We did not argue why should I

1

slam the window. Then she lied that when she said nobody were here for overtime I kept saying yes. I will be glad to see the video for that lie, because only Christopher Hogan team lie this way.

Look Susana, I am a Christian and I respect everybody including Gill. No matter people's age I respect them as human being and creature of God. I understand that I am under scrutiny by the people who looking to see me jobless, just like I told you two weeks ago. Management should not make up lies and fire somebody over it. The way I open the window and close it is always the same, gentle and it never disturb somebody. You open the window and close it because you leave it the way you find it. To say that I slammed the window and walk away is a total lie. Because that not my character. I was raised to respect people not to slam the door or window.

She said that she called me a lot of times over the radio I did not come hence insubordination.

Many times, associates got called other the radio, sometimes you do not have your radio on It doesn't matter whether you heard the call through somebody who heard it or you yourself heard it; I went when Robin told me she was calling me. It is not insubordination when you miss a call from your boss. I went when I knew she was calling me, and she did tell me what she was looking to tell me, and they were no other issue after that deserving of taking my employee badge. I did not discuss with her; she gave me the information and I went back to work.

You yourself Susana can see that this do not amount to firing somebody. The reason is somewhere else, Because I did nothing deserving of getting walk out.

To say that I say yes, yes and slam the door is a total lie because I am not an easily hunger guy. I live the Christian values every day that God makes. I will recommend that we see that video where she is accusing me of slamming the window. If there was no external intervention like the one, I usually mention (Christopher Hogan), I would not be walked out because she knew there was no reason to do so. Because after she told me what she had to say she let me go back. If she did not say that we can report anything to her, so she can answer us if she has an answer. I did just what she asked us to do, and for doing so she got me out of the door.

Dear HR Manager, if you can solve this issue, I will be grateful because there is nothing deserving of getting fire here. And I would not have reported that if she did not tell us that we can report anything to her. Taking my employee badge makes sense here only if I connect this to the discrimination complaint I brought to your attention. That why it is an adverse action.

Many times, people do not hear the radio call the first time and many times I told coworkers that the warehouse office being calling them. It was not an insubordination then; it should not

2

be now. This action is wrongful and was in the making long time ago by Christopher Hogan team. I hope Susana you will get this right and give me my employee badge back because I do not want to pursue a title VII discrimination.

I look forward to seeing a rightful resolution of this matter.

Sincerely

Eloi Kouekassazo

3

EXHIBIT B

January 31,2024

Eloi Kouekassazo

614-434-7014

To Hr. Manager Susana

Object: Discrimination against me was not addressed properly.

What I complained about on January 16th, 2024, happen again yesterday Tuesday January 30th 2024. My name and only my name was removed from the overtime list You yourself know that It does not sit well with Id logistics to remove one person and only one person from the overtime list. Because it's neither the policy nor the agenda of the company. They themselves know whose agenda they fulfill by singling me out and remove the name from the overtime list. I mean Gill by removing my name from the list knew she was not fulfilling ID logistics' agenda. Having suffer discrimination into the hands of law violators, I have no problem to identify they fingerprint and footprint no matter who they are using and the location they are doing this. Christopher Hogan team (put into it the Jefferson female Police officer I talked about and others of the same type who unashamedly violate the law they ought to enforce and cowardly hide themselves.

Back in the time of supervisor Mohamed Ali, when you addressed the issue, I complained about, I felt the effect of it without having signed a paper for whatever issue you addressed. And I notified EEOC back then that the issue was addressed. I did not need to sign a paper for that to mean addressed. This time it was quick to have me sign to mean that discrimination was addressed 24hrs after we sat down, also quick discrimination came back on Tuesday January 30, 2024. I do not intend to come and sit down again for this matter, I hope you will talk to those who ought to carry out Id logistics' agenda, to cease discrimination practice against me. I have a right to be treated like any other associate, I have a right to not be singled out for discrimination purpose. What I felt yesterday January30,2024 is as if discrimination issue you addressed led to more retaliatory, smart and organized discrimination against me for the purpose of terminating my employment with Id logistics. It was said last time January 16, 2024 that I should not come for overtime if I am not scheduled. I was scheduled on January 30,2024 and gill the lead

1

supervisor purposely removed my name from the list, that is if I worked without resolving that issue it could very well be ground for termination for one who is already discriminated against.

Whatever discrimination issue you solved on Tuesday January 16,2024 did not sit well with Supervisor Christ, lead Supervisor gill and Christopher Hogan team. What I felt yesterday is as if I put gasoline into the fire of discrimination against me when I brought up the issue on January 16, 2024, looking at the way Christ approach me and gill removing my name from the list. At list one associate was there who was not on the list and Christ ignore him and did not notice he was not on the list. See how different I am treated. I did text Erin, and I was ready to come back home if she did not allow me to stay. Even after showing a text message from Erin allowing me to stay for overtime, Christ insisted he had a list and only those in a list should stay ignoring at least one associate was there and was not in the list he showed me. I do not want to disclose that associate's name because they will lie that they approved him by phone.

I delight in working for ID logistics. I love working as forklift driver for ID logistics and I love the night weekend shift I work.

I look forward to seeing a clear path without discrimination against me where I will be treated just like any other associate by supervisors.

On January 31, 2024

Eloi Kouakassazo

01/15/24

**EXHIBIT C**

Eloi Kouekassazo

614-434-7014

To Manager Erin Higuera

Object:  Complaint letter

Hello Erin and Happy new year 2024.

I hereby inform you that I am a victim of a growing wage discrimination ever since you were absent from the office. It started four months ago, and I knew it was coming when surprisingly a female Jefferson Police officer that I know, came to meet supervisor Christ while I was heading to break.  Christ is not the only person they may have talked to fulfill their agenda when it comes to me. This complaint is not about Christ, it is about every person appointed by ID logistics and do the will of Christopher Hogan's team instead of fulfilling compagnies agenda when it comes to me.

  I saw wage discrimination playing out few months later. For example, Christ never asked me to go home weather I am schedule or not I was coming for the very first time for unscheduled overtime and Christ sent only me home among all those who came for unscheduled overtime. Christopher Hogan's team, use a tracking device to achieve among over goal make sure I do not get schedule for over time or get as few as possible than over associates.

Remember Erin, at two occasions I came to you to have whatever overtime hours supervisor gave to all associates except me. Because you approved it, I did not have to bring this up since you gave me what other associates got from supervisor. I do not want to abuse your precious time, but what I am mentioning is the truth, and I know the footprint of the people I am referring to. They go afar me on the daily basis wherever I work trying to make up a crime they would accuse me of so they can make an arrest. They call Management, they call supervisors to let them know my position and remind them of their duty to discriminate against me. It's not that I owe them something or did something illegal their goal is to make it harder for me to pay bills and bankrupt me to the point of becoming homeless. These are the people who call themselves law enforcement and violate at will the same laws they ought to enforce. They hire

1

weak spirits in Management and cause them to achieve their agenda instead of the company's agenda.

For the purpose of wage discrimination, I was not schedule for overtime this week, therefore I am appealing to you to allow me two days this week.

Many people of color go through what I go just because of the color of their skin. If it was for any crime I committed, they do not take a day to arrest you. They have  a lot of faith in making up stuff and use it to arrest innocent people as they go about their life and try to make a living. You may not know what this is until you yourself are subject of made-up investigation. Black people are accustomed to this. However, weather supervisor or Management welcome them is not my problem, but discrimination against me which I know the source of even if not acknowledged will only lead to the filing of title VII.  I gave them opportunity twice in court to express themselves and tell me the reason why they go after me and truck me around. They cowardly refused and instead invest in tracking devise to call or alert people that I am coming for overtime which is a cruel violation of civil right law that even the agency they work for do not support.

   I do not want to escalate this to HR again since I know you can fix this and ignore the call of those who approach the company lying that I owe them something or did something illegal when they owe me everything including civil rights.

The workplace is not a courtroom and I invite them to bring whatever they go after me for to court.  I also have an apartment where I live k, they do not have to hide and throw stones at me using supervisors and hiding for anything they do to me, like today they cut off my power and I am in cold (12 degrees) as I write. They will fix it only tomorrow they said. How cruel is this? I would not have written this complaint if I am treated or schedule like everybody else.


I look forward to seeing that you approve me for overtime this week.


Sincerely

Eloi Kouekassala

2

**EXHIBIT E**

Today 08/16/22

Eloi Kouekassazo

2nd shift weekend

Supervisor

Mohamed

To ID logistics (Kane) HR Manager Susana

Object Mishandled punch

Hello Susana

I unsuccessfully tried many times to reach out to you over the phone about the missed punch form that Mohammed second shift weekend had me signed last Saturday o8/13/22. According to him I missed a punch out for lunch on Friday 08/14/22 which in my opinion is false because I pinched out for lunch at 12: 04 that day. I suggested that he looks at the camera to certain that . Apparently, he is more interested to keeping this false record in my personal file than to Remove it . I do not mind if I missed a punch to sign a missed punch form If I forget to sign out or in, but to have me signed one that do not have the truth on it is not right and it is discriminatory to me without establishing the truth. When it comes to punching in or out the only thing, I do is to swap the ID logistics associates' card that you have given me, and see accepted pop up, that how I know the punch went through, there is nothing more I can do once my punch was accepted. So, I am respectfully asking in this letter that the camera be looked at to acknowledge that I did punch out indeed for lunch and remove the missed punch form accordingly. I will follow up on this and I will come and meet you if necessary over this issue.

Sincerely

Eloi Kouekassazo

Tuesday, September 09/20/2022

**EXHIBIT F**

Eloi Kouekassazo

**Weekend shift night**  Associate
 ID Logistics


To ID logistics Management {Tim Vanscoy, HR Susana and others}


Object:  Complaint of discrimination against me

Dear Managers,


I found it very important to report discriminatory acts in the warehouse. I tried very hard to keep silent and persevered with the expectation Mohamed Ali (weekend night supervisor and Ousmane Sama a newly promoted tasker will improve their behavior toward me. I was wrong. The new implemented operating system is giving them even more reason to discriminate against me to the end of terminating my employment with ID logistics.   The foregoing is a better mean to underline a few of the many discriminations acts I go through on the daily basis in the warehouse while performing my work duties safely and professionally. To help myself get rid of the stress that their discriminatory behavior put me into and restore the peace of mind it takes away, I am obligated to complain to ID logistics Management. I hope Management will seriously consider addressing my concern by talking to both.

Ousmane Sama (tasker) replaced Marvin cook in Weekend Shift night on 07/24/2022. I know English is for most of us a second language, but this should not be an excuse for Ousmane Sama to disrespect me.  Many times including yesterday Ousmane Sama used a disrespectful term to call me to perform a task.  I brought this to the attention of Mohamed Ali yesterday 09/18/22 What triggers this complaint writing is the repetitive attacks on the RF I use. When nobody else but me experience that.  It is to the point it last about 15, 30 minutes and nobody besides me experience that. Other associate using it have no Problem at all or even if they do have a problem, it won't last two or 3 minutes.  In any lift I use the system is repeatedly turned down several minute it won't back up before I go complain about it to the office.  No other associate experience that to the degree I do. Both Mohamed Ali and Ousmane Sama blame it on the new

system implemented and I disagree because only me experience that to that exceptional degree. They both are very creative when it comes to discriminating against me. They are using the system to prevent me from being successful so they can place a blame on me for work performance and achieve my employment termination with ID logistics.

These two last days they innovated not only the system is turned down, but it is also down with the following mention "no rows affected "what this does, is that it doubles down the length of time you are being kicked out of the system. Nothing can be done until you go to the office where neither Mohamed Ali nor Ousmane Sama has the expertise to fix it. According to them Marvin Cook is best equipped to fix it. That why it happens yesterday in the absence of Marvin Cook, when none of them in the office could fix it, Mohamed by trying to fix it mess up the scanner to the point that when you scan a LPN it reads the RDT I am using instead of the LPN. Because of that I was now typing in the LPN instead of scanning it until it came back to normal

Imagine you are on the middle of the work, and you have a pallet sitting on your RDT. Suddenly the system is shut down with no rows affected on the computer screen of the lift you are on. This is enough to lose track of any work you were doing because you got logged out of the system and whatever you are working on got lost when they ask you to use a different RF like they used to do.

Ousmane Sama also used bad faith to bother me with the task I perform. Last Friday 09/16/2022 he called me over a pallet I staged at the loading dock asking me where the pallet was sitting, according to him the loader couldn't find it. This is a tasker who to my knowledge know how to locate a. pallet in the warehouse. If any associate can do that, he should know that as well. Instead of doing what he supposed to do he run after me in the warehouse saying the loader can't find the pallet you staged, where did you put it? He asked. Give me the LPN of that pallet I replied, To my surprise it was sitting at the dock, the very first pallet in the row. It was sitting where anybody including himself can see it. He says the loader could not see it, the loader checked the bottom pallet and ignore the top pallet that according to Ousmane Sama he could not see.

After noticing that pallet I went back to Ousmane and asked him to come with me and see the pallet he came to me for.

He repeated the same thing on Saturday 09/17/2022. Where did you put the pallet, you staged yesterday? It has green cans he added. Give the LPN so I can locate that for you I do not have it he says. Why are you asking me then? He gave me the product number and the location where it supposed to be staged. I said I cannot look for it on this basis it is too broad as search ID. I already cancel it he says.

Earlier on Sunday 09/18/2022 my system went down again; I got logout and no rows affected appeared on the screen after I scan and pick a pallet from a location. I went to the office to let them know that I have a pallet on my RDT. Mohamed Ali gave me another RF number to use instead of the one I scan the pallet into with the pallet still siting on my lift, I asked him where to put this pallet. Sit it in lost and find he says. When the loader find it missing he contacted Ousmane Sama who came to me instead of talking to Mohamed who asked me to sit it in lost and found.

2

Because they attack my RF repeatedly and unexpectedly, they fail to fix it when they try to do so, and in the process of trying to fix it they add more problems to the system. Only Marvin is best equipped to fixing such a problem. As for them they may ask you to change the lift anytime you go trough that problem meaning you can be using all the lift in the warehouse until there is no more lift to use because of the problem.

I know the system is new and we all are learning how to best use it. But there are signs that do not lie when those who have a leading role mix it with racism or discrimination and disrespect to advance, their ego interests or put all the blame on it if nobody get them caught red-handed.

Because no other associate to my knowledge experiences the lies, and work disturbance to the extent I am. An agenda other than ID logistics is being fulfilled this complaint cannot contain every discrimination act I experienced.

I know we all come from different background, we all are employed by ID logistics, We are supposed to work as a team to fulfill the companies goals., that the only agenda that all of us as associate need to achieve not Christopher Hogan team agenda. I will take a legal action and file a title VII lawsuit if discrimination against me amounts to adverse action.

Sincerely

Eloi Kouekassazo

3

May 23, 2022

**EXHIBIT G**

Eloi Kouekassazo
766 Whistlewood Dr
Reynoldsburg OH 43068
Ekouekas.acb@gmail.com
Tel: 614-452-0968

Employee at Kane(ID Logistics)
15 Commerce Parkway
West  Jefferson OH43162
Tel:  888-773-5263

     To Equal Employment opportunity  commission (EEOC)


Complaint of discrimination against Kane( ID logistics)


I am a Kane (ID Logistics ) employee.  A year ago, I complained about some
Individual at DHL who Purposely followed me around in the  DHL facility  to end
my employment with DHL. One of those people namely Mohamed Ali followed
me in weekend shift night where I accepted a job offer with Kane ( ID Logistics).
While at DHL Mohamed Ali was one of the supervisors that I  begged to get me
trained on the push and pull pack to no avail even after several promises he made
that he was going to do so. Yesterday he threatened my employment over the
very things he did not allow me   to get trained on while at DHL. There was no
reason  to threaten me  and stress me out, the job was done safely ,
professionally  and carefully, but because  racist and discriminatory behavior have
a very hard skin ,to the surprise of all. Kane's ( ID Logistics ) Associates I work with
Mohamed secretly called me and Ganga  in the main office to threaten my
employment

Last April 2022 several DHL employees including Mohamed Ali and I, accepted
Kane's (ID Logistics') Job offers after DHL West Jefferson discontinued its
operations with Mars at West Jefferson. It raised my hair when I learned that

1

Mohamed Ali one of my DHL supervisors was going to be my supervisor at Kane. I did not mind his DHL discriminatory behavior after all knowing that he is under Kane (ID logistics) Management now. I was wrong because as soon as he started at Kane, He first established his lovely pre-shift meeting that he inherited from DHL. At Kane (ID Logistics) supervisors do not do this. Pre-shift meeting is a show of discrimination sometimes.

Here are some discriminatory facts towards me that I believe should not go unchecked.

1- On May 07/2022 Mohamed Ali informed all associates under his supervision to come for overtimes, I was the only associate he did not inform for that. I learned that from other associates and approach him to ask.

2- Yesterday at the pre-shift meeting he gave all associates present at that meeting an assignment. Everyone except me got the trailer number they were going to unload except me. He also said we should not receive orders from other people but him.

I tried to understand this behavior while at the same time reminding myself that I just finished being trained on the push and pull pack , he did not put me on that, I voluntarily worked with associates that unloads the truck and learn from them.

At Kane usually f you are loading or unloading the trailer, you go to the taskers and take whatever assignment there is to work on. And if you are working on Copack Bulk, Bulk, or put-away, the computer generates the assignment for you. Unfortunately, yesterday. There was no Copack Bulk , nor Bulk , no put-aways but loads and unloads. Like I said I have been trained on unloads last week, since there was nothing but load and unloads , I asked the tasker ( Jeremy) a trailer to unload. After agreeing with Mohamed Ali on the trailer he gave me a particular trailer which was sitting at Door 073.

The content of that trailer was messed up when the truck driver was driving, and half of the truck needed to be restocked. I informed the office for that knowing it

2

will take us a while. I call Ganga another associate I worked with at DHL to come help me, the boxes (the content) where sitting on the double stock GMA pallets ( not forks-ready) and set sideway. It took me and Nganga a while to get it done with that trailer. Again, I reported the issue to the tasker ( JEREMY) and to ( Marvin). Mohamed Ali was not in the office at that time, but he saw and knew it. He saw the trailer and boxes we were restocking because he was passing by all the time. To my surprise and to the surprise of those who saw the condition of that trailer content. Mohamed secretly called me and Ganga in the main office, here are his words:

1) Why did you take too long to get done with that trailer? next time there will be a different conversation,

I said that trailer was in bad shape not only we had to restock but we also must make sure we are safe while getting it done.

2) Why did you ask a trailer If you did not have enough training? Next time I won't give you a trailer he added.

I do not know the meaning of this and what he thinks I came to do. Jeremy gave me another trailer I am working on, I said My training was not an issue in this case because the truck driver did it all I helped people that trained me on pull and push lift , most of them do not know how to restock correctly. I helped them restock correctly when they needed to. If we spent this much time, any associate would need even more time than than we did. Do not talk about other associates he added.

3) You should have informed me that it was going to take you a while he said.

I said I did , and you were not in the office, you also passed by the trailer many times and saw us restocking.
To me this is a deceiving the eyes road map to terminate my employment with Kane (ID logistics) . I know the people behind this racist and discriminatory behavior for I can easily trace it back to Christopher Hogan's group of Columbus

3

Police officers team which corrupt weak people to carry on their racist and discriminatory agenda and delight in seeing black people hang on the tree for no reason other than the difference of skin, Kane ( ID logistics ) has nothing to do with this except that they put Mohamed Ali in charge of supervising us and he is fulfilling not Kane's (ID logistics') agenda but Christopher Hogan's group agenda against me. I am grateful for the position Kane (ID Logistics) has offered me. I know that Mohamed Ali does not need his employment with Kane (ID logistics) as much I do need it, because he is going back in the army. He does not need to hang me on the tree while he is returning in the army.

I will file a title VII lawsuit against Kane (ID Logistics) if Mohamed Ali discriminatory behavior leads to adverse action against me.

Eloi Kouekassazo
Monday, May 23, 2022

Yesterday May,27,2022 Mohamed Ali aware of my discrimination complaint to EEOC , retaliated against me by asking me from now on to go to another department outbound where to his knowledge I won't perform well because I do not have enough training.

Yesterday May 28, 2022, Mohamed Ali cherry-picking assignment he gives me.

Last week vendredi 06/03/2022 MA have me hold a paper with my name written on it, he said hold this paper, I take your picture for a new ID badge that ID logistics required, only me was called to the office for that. Because II wore a hat in my previous picture ID he said.

Ousman Sama replaced Marvin cook

His first day 07/24/22 sought to get me in trouble with a case [ick I made,

4

It unbelievable . On the screen it showed 1 LA I had to peak and I did. After I drop it at the staging location, it shows only soxteem cases instead a layer that I picke. / I went to the office and confronted them about it

Supervisor Mohamed uses lies to fulfill Christopher Hogan's team agenda

Yesterdaty a task I performed on regular timing less than two hours, he liied that I performed it more than 3 hours. When I confronted him about it he got made at me because this is another of many the lies against me that I confronted him about.

Last Friday 08/12/22 time clock gets manipulated in my opinion because punch out disappeared . I thought about Christopher Hogan when supervisor Mo came to me asking me to sign missed punch form. I know I did not miss a punch ; I punch out for lunch at 12:04 and that punch was removed by probably the same group of people who are skilled to do it . They were doing it to me at Walmart. And they are doing it here now again.

Ad ct with p last night sat 08/13/22 ng happen.

Saturday 09/17/2022 through Sunday 09/18/2022

Object : discriminatory acts at workplace by both ossama and. Mohamed performing for Christopher Hogan team

09/12/2022 : lies. On pallet I staged that the loader could not find it while anybody can see it.

5

09/18/2022 : unending attacks on the RF I use to prevent me from using the lift

Disrespectful way of addressing me. And another pallet he lies he could not see.

The new operating system works for everyone but for me. They both plays with RF that is in use by me to find a reason to terminate my job under the direction of Christopher Hogan team.
No rows affected is a the famous sentence they use to disable things in my RF.This is the trade mark of Christoher Hogan team.

01/01/2023

Jeff Ream on Sunday 01/02/23

I had a problem with a tag (LPN) not working on Sunday 01/02/23. I went to the office to have a tasker print out a new tag for me and another pallet that I could not scan. The tag was ok but I cannot get it scanned . The tasker said I am missing two pallets from that scan. I asked her to print out the pallet number that I am missing. She said she does not know to do it That when Jeffery get involved to . He first asked me to fix any damage that I have , he take care of it.
He has me get in the vehicle and drove to the location. I told him let me fix that myself because I know how to do it . He does not even let me fully express my word. I now sure that He put me in very stressful condition that affected my

6

productivity. Thought I implored him to let me retrieve those pallet and I will come back to him after I have them.  Since he had only one goal he refused any suggestion I made to retrieve those missing pallet ,the purpose was to kick me out of inbound and he did.

Eloi Koue Kassaro

7

November 1, 2022

**EXHIBIT H**

Hello  Susanna

Discrimination got worse after I spoke to Management, Mohammed gave me a verbal for no reason. it looks to me that anything we spoke about fall into Mohamed's death hears.  On October 28. 2022 at the pre-shift meeting Mohamed told us not to stage copack pallets in 330 through 140  ailes, the next day he gave me a verbal stating that I I did not follow instruction because  on October the  twenty first  I staged copack pallets in 330 through 140.  Because discrimination is not addressed, I have no choice but to escalate this to EEOC.

Eloi Kouekassazo