UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ELOI KOUEKASSAZO,

       **Plaintiff,**

  v.                                 Civil Action 2:25-cv-1435
                                        Judge Edmund A Sargus, Jr.
                                        Magistrate Judge Chelsey M. Vascura

KANE ID LOGISTICS,

       **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's Motion for Appointment of Counsel. (ECF No. 5.) Although Plaintiff is proceeding *in forma pauperis*, appointment of counsel is discretionary under 28 U.S.C. § 1915(e); appointment of counsel in a civil case is not a constitutional right. *See Lavado v. Keohane*, 992 F.2d 601, 605–06 (6th Cir. 1993). Rather, "[i]t is a privilege that is justified only by exceptional circumstances." *Id*. at 606. The Court has evaluated whether such exceptional circumstances exist and determines that the appointment of counsel is unwarranted at this juncture. Accordingly, Plaintiff's Motion for Appointment of Counsel (ECF No. 5) is **DENIED**.

This matter is further before the Court on Plaintiff's Motion for Leave to Amend the Complaint. (ECF No. 6). Because Defendant has not yet filed an answer or motion for summary judgment, Plaintiff may amend his Complaint once as a matter of course without leave of Court or Defendant's consent, under Federal Rule of Civil Procedure 15(a)(1)(B). Accordingly, Plaintiff's Motion (ECF No. 6) is **GRANTED**. The Clerk is **DIRECTED** to file on the docket

Plaintiff's Amended Complaint, attached to the Motion as Exhibit D (ECF No. 6-1), which is now the operative Complaint in this action. The Court will shortly perform a screen of Plaintiff's Amended Complaint under 28 U.S.C. § 1915(e)(2).

As a result, the portion of the undersigned's December 23, 2025 Order and Report and Recommendation (ECF No. 3) that recommended dismissal of Plaintiff's original Complaint is **VACATED**. For clarity, the portion of that Order and Report and Recommendation that granted Plaintiff's motion for leave to proceed *in forma pauperis* remains in effect.

    **IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE