UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ELOI KOUEKASSAZO,

       Plaintiff,

   v.

KANE ID LOGISTICS,

       Defendant.

Civil Action 2:25-cv-1435
Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsey M. Vascura

**ORDER**

This matter is before the Court on Defendant's Rule 26(f) Report (ECF No. 24). This report is signed only by Defendant's counsel, as Defendant represents that defense counsel attempted to contact Plaintiff by email to solicit his input into the Rule 26(f) Report, but Plaintiff did not respond to counsel's email.

Plaintiff has not fulfilled his obligations to confer "as soon as practicable" to plan for discovery as required by Rule 26(f). This rule states that "[t]he attorneys of record *and all unrepresented parties that have appeared in the case* are jointly responsible for arranging the conference, for attempting in good faith to agree on the proposed discovery plan, and for submitting to the court within 14 days after the conference a written report outlining the plan." Fed. R. Civ. P. 26(f)(2) (emphasis added). The Court therefore cannot enter a case schedule based on a Rule 26(f) conference in which one or more parties did not participate.

Accordingly, the Court **STRIKES** Defendant's Rule 26(f) Report (ECF No. 24) and **VACATES** the April 17, 2026 Preliminary Pretrial Conference. The Court **ORDERS** the

parties to hold the conference required by Rule 26(f) as soon as practicable and file a joint Rule 26(f) Report **ON OR BEFORE APRIL 27, 2026**.

       **IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE